IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| TATUNG CO. and<br><br>TATUNG COMPANY OF AMERICA, INC.;<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>LG.PHILIPS LCD CO., LTD.,<br><br>Plaintiff/Counterclaim Defendant | Case No. 5:07-mc-00005-RTD<br><br>Civil Action No. 04-343 (JJF) (D. Del.) |

## STIPULATED PROTECTIVE ORDER

This matter came before the Court on a motion by Defendants Tatung Company and Tatung Company of America, Inc. (collectively, "Tatung") for a protective order concerning the scope of discovery sought by a third party subpoena issued by Plaintiff LG.Philips LCD Co., Ltd. ("LPL") in this District and LPL's response to that motion.

WHEREAS this case is currently pending in the U.S. District Court for the District of Delaware, Civil Action No. 04-343 (JJF) (the "Main Case");

WHEREAS on March 16, 2007, the parties participated in a telephonic hearing in the Main Case before Special Master, Vincent J. Poppiti;

WHEREAS the Special Master indicated at the March 16, 2007 hearing that he will limit discovery in this case to the products accused by LPL of infringing the Patents-in-Suit and will issue written recommendations shortly; and

1

WHEREAS the motion also affects documents sought from third parties related to Defendant ViewSonic Corporation ("ViewSonic");

In order to resolve the issues presented in Tatung's motion and in LPL's response, the parties stipulate and the Court hereby ORDERS as follows:

1. The scope of the subpoena (the "Subpoena") served by LPL on Sam's Club (the "Third Party") is hereby limited to discovery related to products that are or will be specifically accused by LPL of infringing the Patents-in-Suit (the "accused products"). Currently Tatung's accused products are:

```
L17AMTN-U01 (also model number TUS L17AMTN)
L17AMTN-U01 H
L17AMTN-U03 (also model number ViewSonic Q170)
L17AMTN-U22 (also model number MEI L17AMTN)
L17AMTN-U23 (also model number ViewSonic Q170b)
L17AMTN-U32 (also model number TUS L17AMTN)
L17UCCT-U01
L17UCCT-U02 (also model number Walmart L17UCCT)
L17UCCT-U12 (also model number Walmart L17UCCT)
L17UCCT-U22 (also model number Walmart L17UCCT)
L17UCCT-U25 (also model number Walmart L17UCCT)
L17UCCT-U32 (also model number Walmart L17UCCT)
L17UCCT-U42 (also model number Walmart L17UCCT)
L17UCCT-U62 (also model number Walmart L17UCCT)
L17UCCT-U72 (also model number Walmart L17UCCT)
L17UCCT-U82 (also model number Walmart L17UCCT)
TLM1705L17
ACLN-U03
L17ACLN-U13
L17ACLN-UB3
L17ACTN-U01 (also model number TUS/Best Buy L17ACTN)
L17ACTN-U23 (also model number ViewSonic VTA700)
L17ACTN-U32 (also model number TUS L17ACTN)
L17ACTN-UC3 (also model number ViewSonic VTA700)
L17ACTN-UD2
ADMNC1LCD17
P42HSMT
P42HSMT-AMF
P42HSMT-T
```

P42HSMT-UA1
P46T
TLM1505
TLM1703T
TLM1703
TLM1903
TLM1903NB
V23CLTT
V23CLTT-K
V23CLTT-U02 (also model number Walmart V23CLTT)
V23CLTT-U62 (also model number TRIVIEW (TUS) LD23HI.)
V23DLWX
V23 DLWX-U12 (also model number V23DLWX)
V27CMTT
V27CMTT-U01 (also model number TUS V27CMTT)
V30CMTT
V30CMTT-U01 (also model number TUS V30CMTT-U)
V30CMTT-U62 (also model number TRIVIEW (TUS) LD30HI.)
V30CMTT-KA
V30CMTT-KA01
V30CMTT-U01 K
HP RG556AA
L15FCBT
L15FCBT-U02 (also model number Walmart L15FCBT)
L15FCBT-U09
L15FCBT-U12 (also model number Walmart L15FCBT)
Hitachi 37HDL52


Currently ViewSonic's accused products are:

| | | |
|---|---|---|
| VX900 | VG920 | VA903b |
| VX2000 | VP230mb | VE150mb |
| VA503b | VP930b | VX724 |
| VG2021m | VP2130b-1 | VX910 |
| N2000 | VP191b | VX922 |
| VP2030b | VP191s | Q170b |
| VX700 | VG710b | Q170 |
| VX924 | VG710s | |

1. LPL will promptly advise the Third Party of any new products added to the list of accused products, so that the Third Party can complete or supplement its document production or deposition testimony. Subject to paragraph 3, the Third Party is not required to provide discovery that relates to unaccused products.

2. The provisions above do not apply to any documents or information in the possession, custody, or control of the Third Party that relate generally to Tatung's or ViewSonic's products and that do not specifically identify individual products by product number. In other words, any discovery regarding general information about Tatung's or ViewSonic's products, including but not limited to agreements and marketing materials, or that is vague as to the model number, or that contains information regarding both accused and unaccused products should be produced in response to the Subpoena.

3. To minimize any burden on the Third Party, the Third Party may wait and produce all documents responsive to the Subpoena after April 6, 2007, the Court-imposed deadline by which LPL must identify all accused products.

4. If the Special Master or the Court in the Main Case subsequently determines that LPL may conduct additional discovery related to products not expressly accused of infringement, then LPL may seek additional discovery under the Subpoena from the Third Party consistent with the determination made in the Main Case.

5. The provisions herein and any document productions or depositions are subject to all proper objections asserted by the Third Party.

6. Counsel for LPL are directed to serve a copy of this Stipulation and Order on the Third Party.

4

Entered as an Order of this Court on this 12th day of April, 2007.

| By: /s/ Robert T. Dawson |
|---|
| Judge Robert T. Dawson<br>United States District Judge,<br>U.S. District Court for the Western District of Arkansas |

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 2 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

Respectfully Submitted,

L.G. PHILIPS LCD, CO., LTD,
Counterclaim Defendant

By: /s/ Stephen D. Schrantz
Stephen D. Schrantz
AR Bar No. 2006215
Keisling, Pieper & Scott, PLC
One E. Center Street, Suite 217
Fayetteville, AR 72701
(479) 251-0800

Shari Klevens
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
202-496-7207
202-496-7756 (fax)

TATUNG CO. and
TATUNG COMPANY OF AMERICA,
INC.;
Counterclaim Plaintiffs

By: /s/ Marshall S. Ney
Marshall S. Ney
Ark. Bar No. 91108
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758